**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00370-CV

**TIERONE CONVERGED NETWORKS, INC., Appellant**

**V.**

**LAVON WATER SUPPLY CORPORATION, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-00055-2013**

## ORDER

Before Justices O'Neill, Lang-Miers, and Evans

In accordance with this Court's opinion of this date, we **VACATE** the county court's

October 2, 2013 order increasing the supersedeas bond.

/s/     ELIZABETH LANG-MIERS
        JUSTICE